

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SMH
F.#2010R01379

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

July 9, 2012

Louis Diamond, Esq.
358 St. Mark's Place
3rd Floor
Staten Island, NY

Via Email and ECF

      Re:  *United States v. Gustave Drivas, M.D.*
          Criminal Docket No. 10-771 (S-1)(NG)

Dear Mr. Diamond:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the Government is hereby furnishing you, as counsel for Gustave Drivas, with prior statements of your client.

    The Government hereby requests reciprocal discovery.

    If you have any questions, please do not hesitate to call us.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney

       By:      /s/
                Sarah M. Hall
                Trial Attorney, Fraud Section
                U.S. Department of Justice
                Tel. (202) 549-5864

                Shannon Jones
                Assistant United States Attorney
                Tel. (718) 254-6379

Enclosures (via email)