

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

July 23, 2012

Via Hand, ECF and Federal Express

    **Re:  *United States v. Gustave Drivas, et al.*
         Criminal Docket No. 10-771 (S-1) (NG)**

To All Counsel of Record:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the Government is producing the following discovery materials.  The Government also reiterates its request for reciprocal discovery.

    At the status conference on July 23, 2012, the Government hand-delivered to defense attorneys one copy each of a CD containing Medicare applications and Electronic Funds Transfer (EFT) agreements related to the subject clinics. Please be advised that the Government anticipates providing counsel with a follow-up production of related materials soon.

If counsel have any questions, please do not hesitate to contact either of the undersigned counsel for the Government.

                    Very truly yours,

                    LORETTA E. LYNCH
                    United States Attorney

By: _____/s/_____
     Sarah M. Hall
     Trial Attorney, Fraud Section
     Criminal Division
     U.S. Department of Justice
     Tel. (202) 549-5864

     Shannon Jones
     Assistant U.S. Attorney
     Tel. (718) 254-6379

cc: Clerk of Court (via ECF)(without attachments)