# NOTICE OF APPEAL

United States District Court

EASTERN District of NEW YORK

Caption:

UNITED STATES v.

GUSTAVE STEPHEN DRIVAS

Docket No.: 10-CR-771 (S-1)

NINA GERSHON
(District Court Judge)

Notice is hereby given that GUSTAVE STEPHEN DRIVAS, M.D. appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other OF CONVICTION & SENTENCE (specify) entered in this action on SEPTEMBER 16, 2013 (date)

This appeal concerns: Conviction only ___ Sentence only ___ Conviction & Sentence ✓ Other ___

Defendant found guilty by plea ___ trial ✓ N/A ___ .

Offense occurred after November 1, 1987? Yes ✓ No ___ N/A ___

Date of sentence: SEPTEMBER 16, 2013 N/A ___

Bail/Jail Disposition: Committed ✓ Not committed ___ N/A ___

Appellant is represented by counsel? Yes ✓ No ___ If yes, provide the following information:

Defendant's Counsel: SIDNEY BAUMGARTEN (& ROGER BENNET ADLER)
Counsel's Address: 39 BROADWAY, STE 910
NEW YORK NY 10006
Counsel's Phone: 212-785-5959

Assistant U.S. Attorney: SARAH HALL
AUSA's Address: 271 CADMAN PLAZA EAST
BROOKLYN NY 11201
AUSA's Phone: 718-254-7000

Signature